# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK D. KILMER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA STATE SUPREME COURT,<br><br>　　　　　Respondent. | Case No. 21-cv-06567-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED. The Clerk shall enter judgment in favor of Respondent and against Plaintiff, and close the case. All pending motions are terminated as moot.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/16/2022

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge